UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ST. PETER and MATTHEW BOGACZ, <br> Plaintiffs <br><br> v. <br><br> TOWN OF AGAWAM, TOWN OF AGAWAM POLICE DEPT., AGAWAM POLICE CHIEF ROBERT CAMPBELL ANTHONY GRASSO, JAMES WHEELER, RICHARD NILES, KEITH BOPKO, JOHN MOCCIO, OFFICER MCGOVERN <br> Defendants | Civil Action No.: 04-30054-MAP <br><br><br> **JOINT STATEMENT OF THE PARTIES** |

### PROPOSED PRE-TRIAL SCHEDULE

1. All Automatic Disclosures to be due by July 3, 2004

2. All Discovery to be completed by December 1, 2004

3. All Expert Discovery to be completed by February 5, 2005

4. All Rule 56 Motions For Summary Judgment due March 5, 2005

5. All Oppositions to Motions For Summary Judgment due April 5, 2005

### CERTIFICATION

The undersigned hereby certify that they have conferred with the parties regarding a) establishing a budget for the costs of conducting litigation at all phases; and b) to consider resolution of this litigation through the use of alternative dispute resolution programs.

The Defendants,
TOWN OF AGAWAM, ET ALS.

By Their Attorney

*/s/ Jeffrey L. McCormick*
Jeffrey L. McCormick, BBO#329740
Robinson Donovan, P.C.
1500 Main Street
Springfield, MA 01115
Tel: (413) 732-2301
Fax: (413) 785-4658

62743

The Plaintiffs,
DEBORAH ST. PETER and
MATTHEW BOGACZ
By Their Attorneys,

*/s/ Dawn D. McDonald*
Dawn D. McDonald, BBO#647256
Lisa Brodeur-McGan, BBO # 556755
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103
Tel (413) 781-0750; Fax (413) 733-3042