UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>　　　　　Plaintiffs<br><br>v.<br><br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT.,<br>AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL<br>ANTHONY GRASSO, JAMES<br>WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN<br>　　　　　Defendants | Civil Action No.: 04-30054-MAP<br><br><br>**SUPPLEMENTAL<br>JOINT STATEMENT OF<br>THE PLAINTIFFS** |

## CERTIFICATION

The undersigned hereby certify that they have conferred with the parties regarding a) establishing a budget for the costs of conducting litigation at all phases; and b) to consider resolution of this litigation through the use of alternative dispute resolution programs.

Dated: June 3, 2004

The Plaintiffs,

_____
DEBORAH ST. PETER

_____
MATTHEW BOGACZ

By Their Attorneys,

_____
Dawn D. McDonald, BBO#647256
Lisa Brodeur-McGan, BBO # 556755
Cooley, Shrair P.C.
1380 Main Street
Springfield, MA 01103
Tel (413) 781-0750; Fax (413) 733-3042

62779