UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
                          Plaintiff )
 )
                          v. )          Civil Action No. 04-30054-MAP
 )
 )
TOWN OF AGAWAM, et al., )
                          Defendants )


SCHEDULING ORDER
June 3, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held

this day:

1.    The parties shall complete their automatic disclosure by July 3, 2004.

2.    All written discovery and non-expert depositions shall be completed by

       December 1, 2004.

3.    Counsel shall appear for a case management conference on December 7,

       2004, at 2:30 p.m. in Courtroom Three.


IT IS SO ORDERED.


                                     /s/ Kenneth P. Neiman
                                     KENNETH P. NEIMAN
                                     U.S. Magistrate Judge