UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ST. PETER and ) <br> MATTHEW BOGACZ, ) <br>         Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> TOWN OF AGAWAM, et al., ) <br>         Defendants ) | Civil Action No. 04-30054-MAP |

REVISED SCHEDULING ORDER
January 7, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendants' assented-to motion for further extension of time (Document No. 12) and revises the schedule as follows:

1. Defendants shall fully respond to Plaintiffs' outstanding discovery requests by February 4, 2005.

2. All written discovery and non-expert depositions shall be completed by March 18, 2005.

3. Counsel shall appear for a case management conference on March 22, 2005, at 10:00 a.m. in Courtroom Three. The January 25, 2005 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                                           /s/ Kenneth P. Neiman
                                                          KENNETH P. NEIMAN
                                                          U.S. Magistrate Judge