UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>    Plaintiffs<br><br>vs.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE DEPT., AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL, ANTHONY GRASSO,<br>JAMES WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the defendants, Town of Agawam, Town of Agawam Police Dept., Agawam Police Chief, Robert Campbell, Anthony Grasso, James Wheeler, Richard Niles, Keith Bopko, John Moccio and Officer McGovern, in the above-captioned matter.

    THE DEFENDANTS,
TOWN OF AGAWAM, TOWN
OF AGAWAM POLICE DEPT.
AGAWAM POLICE CHIEF,
ROBERT CAMPBELL,
ANTHONY GRASSO, JAMES
WHEELER, RICHARD NILES,
KEITH BOPKO, JOHN MOCCIO
AND OFFICER MCGOVERN,

By___/s/Dorothy Varon___
Dorothy Varon, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO No.:  629609

389417