UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>　　　　　　Plaintiffs<br><br>　　v.<br><br><br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT., AGAWAM<br>POLICE CHIEF ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES<br>WHEELER, RICHARD NILES, KEITH<br>BOPKO, JOHN MOCCIO, OFFICER<br>MCGOVERN,<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)　Civil Action No. 04-30054-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
March 22, 2005

NEIMAN, U.S.M.J.

　　The following schedule was established at the case management conference this day:

　　1.　All remaining written discovery shall be produced by April 1, 2005.

　　2.　Non-expert depositions shall be completed by June 3, 2005.

　　3.　Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 2, 2005.

　　4.　Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 30, 2005.

　　5.　All expert depositions shall be completed by October 28, 2005.

　　6.　Counsel shall appear for a final pretrial conference before District Judge

Michael A. Ponsor on November 16, 2005, at 2:30 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: March 22, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge