UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and MATTHEW BOGACZ,<br>Plaintiffs | )<br>)<br>)<br>) |
| v. | )<br>) |
| TOWN OF AGAWAM, TOWN OF AGAWAM POLICE DEPT., AGAWAM POLICE CHIEF ROBERT CAMPBELL, ANTHONY GRASSO, JAMES WHEELER, RICHARD NILES, KEITH BOPKO, JOHN MOCCIO, OFFICER MCGOVERN,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

Please withdraw my appearance in the above-captioned action. Attorney Dawn D. McDonald will remain as Plaintiffs' counsel.

THE PLAINTIFFS
DEBORAH ST. PETER and
MATTHEW BOGACZ

BY: /s/ Lisa Brodeur-McGan
Lisa Brodeur-McGan
BBO# 556755
Cooley, Shrair, P.C.
1380 Main Street
Springfield, MA 01103
(413) 781-0750 (p)
(413) 733-3042 (f)

## CERTIFICATE OF SERVICE

I, Dawn D. McDonald, hereby certify that I caused the foregoing to be served upon attorney, Lisa Brodeur-McGan, via hand delivery, and Jeffrey McCormick, Esq, Robinson, Donovan, 1500 Main Street, P. O. Box 15609, Springfield, MA, via first class mail on this 19th day of May, 2005.

/s/ Dawn D. McDonald
Dawn D. McDonald

{Document=X:\DOCS\24334\1\motion\00078590.DOC;1}