UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
          Plaintiffs )
)
v. )    Civil Action No. 04-30054-MAP
)
)
TOWN OF AGAWAM, TOWN OF )
AGAWAM POLICE DEPT., AGAWAM )
POLICE CHIEF ROBERT CAMPBELL, )
ANTHONY GRASSO, JAMES )
WHEELER, RICHARD NILES, KEITH )
BOPKO, JOHN MOCCIO, OFFICER )
MCGOVERN, )
          Defendants )

REVISED SCHEDULING ORDER
October 24, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS in part the parties' joint motion to continue current deadlines (Document No. 20) and revises the schedule as follows:

1. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 9, 2005.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by January 6, 2006.

3. All expert depositions shall be completed by February 10, 2006.

4. Counsel shall appear for a final pretrial conference before District Judge Michael A. Ponsor on March 16, 2006, at 2:00 p.m. in Courtroom One. (The November 16, 2005 conference is hereby cancelled). Pre-trial

memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered on March 22, 2005.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: October 24, 2005

       /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge