# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

CIVIL ACTION NO. 04-30054-MAP

2005 P 4:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
     )
vs. )
     )
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KEITH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## DEFENDANTS' MOTION FOR FURTHER EXTENSION OF TIME TO COMPLETE DISCOVERY (INCLUDING RESPONDING TO PLAINTIFFS' INTERROGATORIES AND PRODUCTION REQUESTS) AND FOR A POSTPONEMENT OF CASE MANAGEMENT CONFERENCE

### ASSENTED TO

The defendants in the above matter respectfully move this Court for a further extension of time for completion of discovery and time to respond to plaintiffs' interrogatories and requests for production. The defendants further respectfully move this Court for a postponement of the case management conference now scheduled for January 25, 2005. As grounds for this motion, the defendants state the following.

Despite efforts by the defendants to comply with the Court's requirement that they respond to the plaintiffs interrogatories and requests for production by the end of today, January 5, 2005, their counsel, the undersigned, has now found that that deadline cannot be met. This is due to no fault or lack of diligence on the part of the defendants themselves, but upon the heavy schedule for months of their counsel and his miscalculation of the amount of time that was necessary to gather all relevant and voluminous materials, review them, continue to meet with the defendants, and prepare relevant responses. Defendants' counsel again wishes to emphasize that the defendants have cooperated at all times whenever requested by their counsel, and that any delays in this case are completely because of his own professional

388051

and personal difficulties. It is respectfully submitted that the defendants themselves should not bear the brunt of any possible sanctions by the Court in this matter for the reason that any such sanctions would have been brought upon by their counsel's own difficulties.

Defendants request that an additional thirty days be granted by the Court to complete their responses to plaintiffs' discovery pleadings, and that thereafter there be granted an additional forty-five days within which all parties may complete non-expert discovery.

ASSENTED TO

| THE PLAINTIFFS<br>DEBORAH ST. PETER AND<br>MATTHEW BOGACZ | THE DEFENDANTS<br>TOWN OF AGAWAM, TOWN OF AGAWAM POLICE DEPT., AGAWAM POLICE CHIEF ROBERT CAMPBELL, ANTHONY GRASSO, JAMES WHEELER, RICHARD NILES, KEITH BOPKO, JOHN MOCCIO, OFFICER MCGOVERN |
|---|---|
| By _____<br>Lisa Brodeur-McGan, Esq.,<br>Cooley Shrair, P.C.<br>1380 Main Street<br>Springfield, Massachusetts 01103<br>Phone (413) 735-8025  Fax (413) 733-3042<br>BBO No.: 556755 | By _____<br>Jeffrey L. McCormick, Esq.<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 329740 |

### CERTIFICATE OF CONSULTATION

Counsel for all parties have conferred on this matter and plaintiffs have kindly assented.

The Defendants

By _____
Jeffrey L. McCormick, Esq.

### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this _____ day of January, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Lisa Brodeur-McGan, Esq., Cooley Shrair, P.C., 1380 Main Street, Springfield, MA 01103.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick, Esq.

381914