# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and | ) |
| MATTHEW BOGACZ, | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF AGAWAM, TOWN OF AGAWAM | ) |
| POLICE DEPT., AGAWAM POLICE CHIEF | ) |
| ROBERT CAMPBELL, ANTHONY GRASSO, | ) |
| JAMES WHEELER, RICHARD NILES, | ) |
| KEITH BOPKO, JOHN MOCCIO, | ) |
| OFFICER MCGOVERN, | ) |
| Defendants | ) |

## DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

### ASSENTED TO

The defendants in the above matter respectfully move this court for an order amending the scheduling order of June 3, 2004, so that the parties may have up to and including January 17, 2005 to complete all written discovery and non-expert depositions, and then appear for a Case Management Conference sometime after that date.

As grounds for this motion, the defendants state that their counsel, the undersigned, has had an extremely heavy trial schedule since this past summer. He has been on call for at least one trial, and sometimes as many as three, in between one and three counties for months. This heavy schedule was created because of numerous matters that were postponed during his seven month chemotherapy treatment that continued through the spring of this year. As a result, it had become difficult to complete discovery in both this and other cases.

381914

The plaintiffs have kindly assented to this motion.

ASSENTED TO

| THE PLAINTIFFS<br>DEBORAH ST. PETER AND<br>MATTHEW BOGACZ | THE DEFENDANTS<br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT., AGAWAM<br>POLICE CHIEF ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES<br>WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN |
|---|---|
| By _____<br>Dawn D. McDonald, Esq.<br>Cooley Shrair, P.C.<br>1380 Main Street, Fifth Floor<br>Springfield, Massachusetts 01103-1616<br>Phone (413) 781-0750  Fax (413) 733-3042<br>BBO No.: 647256 | By _____<br>Jeffrey L. McCormick, Esq.<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 329740 |

### CERTIFICATE OF SERVICE

I, Jeffrey L. McCormick, Esq., hereby certify that on this _18_ day of November, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Dawn D. McDonald, Esq., 1380 Main Street, Springfield, MA 01103.

Subscribed under the penalties of perjury.

_____
Jeffrey L. McCormick, Esq.

381914