UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>　　　　Plaintiffs<br><br>v.<br><br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT.,<br>AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES WHEELER,<br>RICHARD NILES, KEITH BOPKO,<br>EDWARD MCGOVERN, ROBERT<br>BURKE, BRIAN STRONG, THERESA<br>A. MOCCIO, PAUL CHENEVERT, and<br>STEVEN J. GRASSO,<br>　　　　Defendants | **PLAINTIFFS' NOTICE OF<br>DISMISSAL OF CLAIMS<br>AGAINST THE DEFENDANT<br>JOHN MOCCIO** |

　　　Now come the Plaintiffs in the above-entitled matter and hereby dismiss all claims against the Defendant, John Moccio.

　　　　　　　　　　　　　　　　　　　　The Plaintiff
　　　　　　　　　　　　　　　　　　　　Deborah St. Peter & Matthew Bogacz

　　　　　　　　　　　　　　　　　　　　BY: _/s/ Dawn D. McDonald_
　　　　　　　　　　　　　　　　　　　　Dawn D. McDonald, Esq.
　　　　　　　　　　　　　　　　　　　　BBO# 647256
　　　　　　　　　　　　　　　　　　　　Cooley, Shrair P.C.
　　　　　　　　　　　　　　　　　　　　1380 Main Street
　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　　　(413) 781-0750; (413) 733-3042 (f)

**CERTFICATE OF SERVICE**

　　　I, Dawn D. McDonald, hereby certify that I caused the foregoing document to be served upon the Defendants by electronically filing same, as follows: Jeffrey L. McCormick, Robinson, Donovan, 1500 Main Street, Springfield, MA 01115.

　　　　　　　　　　　　　　　　　　　　_/s/ Dawn D. McDonald_

89511

{Document=X:\DOCS\24334\1\motion\00089511.DOC;1}