UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH ST. PETER and ) <br> MATTHEW BOGACZ, ) <br>           Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> TOWN OF AGAWAM, TOWN OF ) <br> AGAWAM POLICE DEPT., AGAWAM ) <br> POLICE CHIEF ROBERT CAMPBELL, ) <br> ANTHONY GRASSO, JAMES ) <br> WHEELER, RICHARD NILES, KEITH ) <br> BOPKO, JOHN MOCCIO, OFFICER ) <br> MCGOVERN, ) <br>           Defendants ) | Civil Action No. 04-30054-MAP |

<u>FURTHER SCHEDULING ORDER</u>
February 15, 2006

NEIMAN, U.S.M.J.

The court hereby revises the schedule as follows:

1.    Defendants shall file their response to Plaintiffs' motion to amend complaint by March 6, 2006.

2.    All remaining depositions shall be completed by March 31, 2006.

3.    Counsel shall appear for a case management conference on April 13, 2006, at 10:30 a.m. in Courtroom Three. The March 6, 2006 pretrial conference before District Judge Michael A. Ponsor is hereby cancelled.

4.    Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 12, 2006.

5.    Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 16, 2006.

6. All expert depositions shall be completed by July 31, 2006.

IT IS SO ORDERED.

DATED: February 15, 2006

                                                    /s/ Kenneth P. Neiman  
                                                  KENNETH P. NEIMAN  
                                                  U.S. Magistrate Judge