LAW OFFICES

# COOLEY, SHRAIR P.C.

1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616

TELEPHONE (413) 781-0750    TELECOPIER (413) 733-3042

WRITERS DIRECT DIAL
(413) 735-8045

EMAIL: dmcdonald@cooleyshrair.com

DAWN D. McDONALD*

*ALSO ADMITTED IN CONNECTICUT

FILE NO. 24334.1

February 21, 2006

U.S. District Court
District of Massachusetts, Western Section
1550 Main Street
Springfield, MA 01103

VIA HAND DELIVERY

Attention: Civil Clerk's Office

RE:   *Deborah St. Peter and Matthew Bogacz v. Town of Agawam, et al*
      Civil Action No: 04-30054-MAP

Dear Sir or Madam:

Please be advised that the Plaintiffs in the above-entitled hereby request that the Court allow them to withdraw their Motion to Amend the Complaint.

If you have any questions or concerns regarding the aforementioned, please feel free to contact me directly.

Thank you for your attention to this matter.

Very truly yours,

Dawn D. McDonald

DDM/mdb
cc. Deborah St. Peter
    Matthew Bogacz
    Jeffrey L. McCormick, Esq.

{Document=X:\DOCS\24334\1\lettmemo\00089684.DOC;1}