UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>                Plaintiffs<br><br>v.<br><br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT.,<br>AGAWAM POLICE CHIEF,<br>ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES<br>WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>                Defendants | **STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

    Now come the Plaintiffs in the above-entitled matter and pursuant with Rule 41(a) hereby dismiss all claims against the Defendant, John Moccio.

| | |
|---|---|
| The Plaintiffs<br>Deborah St. Peter & Matthew Bogacz<br><br>BY: _____<br>Dawn D. McDonald, Esq.<br>BBO# 647256<br>Cooley, Shrair P.C.<br>1380 Main Street<br>Springfield, MA 01103<br>(413) 781-0750; (413) 733-3042 (f) | The Defendants<br>Town of Agawam, et al.<br><br>BY: _____<br>Jeffrey L. McCormick, Esq.<br>BBO#:329740<br>Robinson, Donovan<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301; (413) 785-4658 (f) |

### CERTFICATE OF SERVICE

    I, Dawn D. McDonald, hereby certify that I caused the foregoing document to be served upon the Defendants by electronically filing same, on this 22nd day of February, 2006, as follows: Jeffrey L. McCormick, Robinson, Donovan, 1500 Main Street, Springfield, MA 01115.

_____
Dawn D. McDonald

89511

{Document=X:\DOCS\24334\1\motion\00089511.DOC;1}