UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30054-MA

| | |
|---|---|
| DEBORAH ST.PETER and<br>MATTHEW BOGACZ<br>    Plaintiff<br><br>v.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE CHIEF ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES WHEELER,<br>RICHARD NILES, KEITH BOPKO, JOHN<br>MOCCIO, OFFICER MCGOVERN,<br>    Defendants | **NOTICE OF<br>APPEARANCE** |

Please enter my appearance on behalf of the Plaintiffs', Deborah St. Peter and Matthew Bogacz, in the above-captioned matter.

Respectfully submitted,

BY: _____
Diana I. Sorrentini-Velez, Esq.
BBO#: 656236
Cooley, Shrair, P.C.
1380 Main Street
Springfield, MA 01103
(413) 735-8008
(413) 733-3042 (fax)

**CERTIFICATE OF SERVICE**

I, Diana I. Sorrentini-Velez, Esq., hereby certify on the 17th of July 2006 that I delivered a copy of the foregoing by hand to:

Jeff McCormick, Esq.
Robinson, Donovan, Madden & Barry
1500 Main Street
Box 15609
Springfield, MA 01115

_____
Diana I. Sorrentini-Velez, Esq.

{Document=X:\DOCS\24334\1\motion\00094951.DOC;1}