UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>    Plaintiffs<br>vs.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE DEPT., AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL, ANTHONY GRASSO,<br>JAMES WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION OF THE PARTIES FOR EXTENSION OF TIME WITHIN WHICH TO DEPOSE EXPERTS

The parties respectfully move this Court for an order allowing them some brief additional time to complete the depositions of experts. The most recent scheduling order required that those depositions be completed by July 31. Scheduling will prevent the two depositions from being taken by that time. Among other things, counsel for the defendants will be on vacation for the next two weeks. Also, the defendants' expert has a pre-planned family vacation out of the country. It is therefore respectfully submitted that the parties have up to and including August 31 to complete the depositions.

| | |
|---|---|
| THE PLAINTIFFS<br>DEBORAH ST. PETER AND<br>MATTHEW BOGACZ | THE DEFENDANTS<br>TOWN OF AGAWAM, TOWN OF<br>AGAWAM POLICE DEPT., AGAWAM<br>POLICE CHIEF ROBERT CAMPBELL,<br>ANTHONY GRASSO, JAMES<br>WHEELER, RICHARD NILES,<br>KEITH BOPKO, JOHN MOCCIO, OFFICER<br>MCGOVERN |
| ____/s/ Dawn D. McDonald_____<br>Dawn D. McDonald, Esq.<br>Cooley Shrair, P.C.<br>1380 Main Street<br>Springfield, Massachusetts 01103<br>Phone (413) 735-8025  Fax (413) 733-3042<br>BBO No.: 647256<br>dmcdonald@cooleyshrair.com | _____/s/ Jeffrey L. McCormick_____<br>Jeffrey L. McCormick, Esq.<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 329740<br>jmccormick@robinson-donovan.com |

455890

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2006.

                                                */s/ Jeffrey L. McCormick*

381914