UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and <br> MATTHEW BOGACZ, <br>     Plaintiffs <br><br> vs. <br><br> TOWN OF AGAWAM, TOWN OF AGAWAM <br> POLICE DEPT., AGAWAM POLICE CHIEF <br> ROBERT CAMPBELL, ANTHONY GRASSO, <br> JAMES WHEELER, RICHARD NILES, <br> KEITH BOPKO, JOHN MOCCIO, <br> OFFICER MCGOVERN, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my disappearance on behalf of the defendants, Town of Agawam, Town of Agawam Police Dept., Agawam Police Chief, Robert Campbell, Anthony Grasso, James Wheeler, Richard Niles, Keith Bopko, John Moccio and Officer McGovern, in the above-captioned matter.

    THE DEFENDANTS,
    TOWN OF AGAWAM, TOWN
    OF AGAWAM POLICE DEPT.
    AGAWAM POLICE CHIEF,
    ROBERT CAMPBELL,
    ANTHONY GRASSO, JAMES
    WHEELER, RICHARD NILES,
    KEITH BOPKO, JOHN MOCCIO
    AND OFFICER MCGOVERN,

    By   /s/Dorothy Varon
    Dorothy Varon, Esq., of
    Robinson Donovan, P.C.
    1500 Main Street, Suite 1600
    Springfield, Massachusetts 01115
    Phone (413) 732-2301
    Fax (413) 785-4658
    BBO No.:  629609

459483

## CERTIFICATE OF SERVICE

    I, Dorothy Varon, Esq., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this 28th day of September, 2006.

    Subscribed under the penalties of perjury.

                                               */s/ Dorothy Varon*
                                               Dorothy Varon, Esq.

459483