UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
)
v. )
)
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Vincent Gioscia_
Printed Name for Law Dept.

_[signature]_
Signature

Dated: 11-6-06

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
)
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Robert D. Campbell_
Printed Name

_[signature]_
Signature

Dated: _November 6, 2006_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>    Plaintiffs<br>v.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE DEPT., AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL, ANTHONY GRASSO,<br>JAMES WHEELER, RICHARD NILES,<br>KETIH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONFIDENTIALITY AGREEMENT**

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_RICHARD A. COHEN_
Printed Name

_Richard A. Cohen_
Signature
        MAYOR

Dated: _06 Nov 2006_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
)
v. )
)
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Richard Niles_
Printed Name

_Richard Niles_ (signature)
Signature

Dated: 05-09-05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
)
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

*James Wheeler*
Printed Name

*James Wheeler*
Signature

Dated: 5-6-05

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
   )
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Anthony Grasso_
Printed Name

_[signature]_
Signature

Dated: 5-7-05

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
 )
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

                                                      John P. Moccio
                                                     Printed Name

                                                     Signature

Dated: 5/7/05

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>  Plaintiffs<br>v.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE DEPT., AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL, ANTHONY GRASSO,<br>JAMES WHEELER, RICHARD NILES,<br>KETIH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONFIDENTIALITY AGREEMENT**

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Edward D. McGovern_
Printed Name

_Edward D. McGovern_
Signature

Dated: _5 May 05_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and<br>MATTHEW BOGACZ,<br>    Plaintiffs<br>v.<br><br>TOWN OF AGAWAM, TOWN OF AGAWAM<br>POLICE DEPT., AGAWAM POLICE CHIEF<br>ROBERT CAMPBELL, ANTHONY GRASSO,<br>JAMES WHEELER, RICHARD NILES,<br>KETIH BOPKO, JOHN MOCCIO,<br>OFFICER MCGOVERN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Robert D. Campbell_
Printed Name

_Robert D Campbell_
Signature

Dated: _May 5, 2005_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
 )
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_DEBORAH ST. PETER_
Printed Name

_Deborah St. Peter_
Signature

Dated: _5-6-05_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

| | |
|---|---|
| DEBORAH ST. PETER and <br> MATTHEW BOGACZ, <br> Plaintiffs <br> v. <br><br> TOWN OF AGAWAM, TOWN OF AGAWAM <br> POLICE DEPT., AGAWAM POLICE CHIEF <br> ROBERT CAMPBELL, ANTHONY GRASSO, <br> JAMES WHEELER, RICHARD NILES, <br> KETIH BOPKO, JOHN MOCCIO, <br> OFFICER MCGOVERN, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_MATTHEW M. BOGACZ_
Printed Name

_[signature]_
Signature

Dated: _4/26/05_

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30054-MAP

DEBORAH ST. PETER and )
MATTHEW BOGACZ, )
    Plaintiffs )
v. )
 )
TOWN OF AGAWAM, TOWN OF AGAWAM )
POLICE DEPT., AGAWAM POLICE CHIEF )
ROBERT CAMPBELL, ANTHONY GRASSO, )
JAMES WHEELER, RICHARD NILES, )
KETIH BOPKO, JOHN MOCCIO, )
OFFICER MCGOVERN, )
    Defendants )

## CONFIDENTIALITY AGREEMENT

The undersigned hereby acknowledges that she/he has read the Confidentiality Stipulation and Protective Order entered in the above-referenced action and hereby agrees to be bound by its terms.

_Keith R. Bopko_
Printed Name

_[signature]_
Signature

Dated: 07-29-05

5