UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEBORAH ST. PETER, ET AL,   )
      Plaintiffs   )
                        )
    v.              )   C.A. No. 04-30054-MAP
                        )
TOWN OF AGAWAM, ET AL,   )
      Defendants   )

ORDER OF TRANSFER

December 4, 2006

PONSOR, D.J.

    Counsel recently agreed to a continuance of this matter, based upon the unavailability of a key witness. Since the court's criminal trial schedule in the early part of 2007 may interfere with the prompt trial of this case, it is hereby ordered transferred to United States District Court Judge Richard G. Stearns, who will be coming to Springfield in February. Counsel are advised to be in contact with Judge Stearns' clerk with regard to the specific date and other arrangements for trial.

    It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    United States District Judge