UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DEBORAH ST. PETER, ET AL

       V.                                        CIVIL ACTION NO. 05-30054-RGS

TOWN OF AGAWAM, ET AL

ORDER SETTING CIVIL CASE FOR JURY TRIAL

STEARNS, DJ.

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON MONDAY, FEBRUARY 5, 2007 AT 9:00 A.M. IN COURTROOM #2, 5TH FLOOR, UNITED STATES COURTHOUSE, 1550 MAIN ST., SPRINGFIELD, MA.

ON OR BEFORE JANUARY 23, 2007, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a precise statement of any objections thereto;

    4. A "Joint List of Exhibits" as to which there is NO objection, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS, regardless of which party is the proponent of an exhibit (such exhibits are deemed ADMITTED and need NOT be independently offered at trial;

    5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, regardless of which party is the proponent of an exhibit;

    6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7. A TRIAL MEMORANDUM addressing those items as to which there are foreseeable disputes concerning issues of law;

    8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9. In cases to be tried by a jury:
        A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

    B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended.  Exhibits not reclaimed by counsel will be discarded.

COUNSEL WILL BE NOTIFIED BY THE CLERK OF A DATE FOR THE FINAL PRE-TRIAL CONFERENCE, WHICH WILL BE HELD EITHER  AT THE SPRINGFIELD COURTHOUSE, OR THE MOAKLEY FEDERAL COURTHOUSE IN BOSTON.

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

             BY:

                                          /s/ Mary  H. Johnson
                                            Deputy Clerk

DATED AT BOSTON:  12-21-06

NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.