UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DEBORAH ST. PETER, ET AL**

    **V.**                    **CIVIL ACTION NO. 04-30054-RGS**

**TOWN OF AGAWAM, ET AL**

# O R D E R

**STEARNS, DJ.**                              **JANUARY 3, 2007**

THIS COURT WILL MEET WITH COUNSEL ON <u>TUESDAY, JANUARY 16, 2007 AT 10:30 A.M.</u> FOR PURPOSES OF A PRE-TRIAL CONFERENCE, AT WHICH TIME THE COURT WILL DISCUSS ALL PRE-TRIAL MATTERS, AS WELL AS PENDING MOTIONS, IN THE ABOVE-CAPTIONED CASE. THE CONFERENCE WILL BE HELD <u>IN COURTROOM #2, 5TH FLOOR, UNITED STATES COURTHOUSE, 1550 MAIN STREET, SPRINGFIELD, MA.</u>

THE INSTANT CASE, SCHEDULED FOR TRIAL IN SPRINGFIELD ON FEBRUARY 5, 2007, IS THE BACKUP CASE TO <u>MIREK V. GUARDIAN LIFE, CA 05-30246-RGS.</u> THAT CASE IS ALSO SCHEDULED FOR TRIAL IN SPRINGFIELD ON FEBRUARY 5, 2007. SHOULD THE <u>MIREK</u> CASE SETTLE, COUNSEL IN THE INSTANT CASE SHALL BE READY TO COMMENCE TRIAL ON FEBRUARY 5, 2007 AT 9:00 A.M. IF THE <u>MIREK</u> CASE DOES NOT SETTLE, THIS COURT WILL DISCUSS ALTERNATE TRIAL DATES FOR THE MONTH OF APRIL, 2007, WITH COUNSEL AT THE PRE-TRIAL CONFERENCE ON JANUARY 16, 2007.

**ALL TRIAL DOCUMENTS THAT HAVE PREVIOUSLY BEEN FILED PURSUANT TO JUDGE PONSOR'S TRIAL ORDER WILL BE ADOPTED BY THIS COURT.  SHOULD COUNSEL WISH TO SUPPLEMENT ANY TRIAL DOCUMENTS, THIS COURT WILL SO ALLOW.**

**SO ORDERED.**

/s/ Richard G. Stearns
_____
**U. S. District Judge**