UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-30054-RGS

| | |
|---|---|
| DEBORAH ST. PETER and )<br>MATTHEW BOGACZ, )<br>         Plaintiffs )<br> )<br>v. )<br> )<br>TOWN OF AGAWAM, TOWN OF )<br>AGAWAM POLICE DEPT., )<br>AGAWAM POLICE CHIEF, )<br>ROBERT CAMPBELL, )<br>ANTHONY GRASSO, JAMES )<br>WHEELER, RICHARD NILES, )<br>KEITH BOPKO, )<br>OFFICER MCGOVERN, )<br>         Defendants )<br>_____) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Now come the Parties in the above-entitled matter and pursuant with Rule 41(a) hereby dismiss with prejudice and with each bearing its own attorneys' fees and costs. All parties waive all rights to trial and/or appeal.

| | |
|---|---|
| The Plaintiffs<br>Deborah St. Peter & Matthew Bogacz | The Defendants<br>Town of Agawam, et al. |
| BY: _____/s/_____<br>Dawn D. McDonald, Esq.<br>BBO# 647256<br>Cooley, Shrair P.C.<br>1380 Main Street<br>Springfield, MA 01103<br>(413) 781-0750; (413) 733-3042 (f) | BY: _____/s/_____<br>Jeffrey L. McCormick, Esq.<br>BBO# 329740<br>Robinson, Donovan<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301; (413) 785-4658 (f) |

### CERTFICATE OF SERVICE

I, Dawn D. McDonald, hereby certify that I caused the foregoing document to be served upon the Defendants by electronically filing same, on this 30th day of January, 2007, as follows: Jeffrey L. McCormick, Robinson, Donovan, 1500 Main Street, Springfield, MA 01115.

_____/s/_____
Dawn D. McDonald

24334\102159